UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

__Western__ DIVISION



FILED
JUL 1 4 2017
CLERK

Plaintiff: __William Ray Baker__

(Enter the full name of the Plaintiff[s] in this action)

vs.

Defendant: __Brent Phillips E.T AL__

(Enter the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. __17-5058__
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

• Complaint Number: 100 202654; With the issuance of Notice Right-to-Sue; By U.S. Department of labor, Office of Federal Contract Compliance Programs Dated: 4-27-2017
   I hereby declare I am within the 90 Calendar days of April 27, 2017

• Varied South Dakota Laws, within the jurisdiction of the above USDC - District of South Dakota Western Division; Such laws will be identified in the OSHA Story

1

II. Plaintiff, William Ray Baker resides at
4912 Butte Circle
(street address)
Rapid City, Pennington,
(city)           (county)
South Dakota, 57703,   605-863-0025
(state)      (zip)     (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Brent Phillips resides at, or its business is located at
2925 Regional Way
(street address)
Rapid City, Pennington,
(city)           (county)
South Dakota, 57701,   605-755-1000
(state)   (zip)   (telephone number)

(If more than one defendant, provide the same information for each defendant below)
SEE Defendant list Marked Exhibit # 2 A.

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

- SEE Attatched Resume' of MR. William Ray Baker, of which I describe Legal, Medical, and Emotional TERRORISM.

- See attatched EXHIBIT #3-A 7 pages of descriptions of overview of Resources of Information / References / Witnesses / Listing of Co-Defendants. Such is dully noted as a Summary and an Expanded version with Specifics of details to be forth coming of an Affidavit by me: Mr. William Ray Baker, of what will be entitled "The OSHA Story."

- Federal Contractor, Subcontractors, and its Vendors have willfully, knowingly with specific intent, have directly, indirectly, Threatened covertly = Harrassed, Humilited, Violated me. Left me for dead with NO Casemanagement, violating SD, and varied Federal Laws.

V. Relief (State briefly and exactly what you want the Court to do for you.)

- To issue Any and All Whistle blower Protection as described in varied Publications of Federal Agencies, (OSHA, OFCCP, EEOC/ADA, NLRB, OCR / HIPPA, CMS and the U.S. Dept. of Justice).

- I beg the Court to grant a Permanent Life-time Protection order, against Federal Contractor, Sub-Contractors, Vendors.
- To issue a Mediation Process on my-behalf
- Court Order to obtain SD DoH Complaint of April 2016

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [X]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

75,000,000 (75 Million) I have been Legally, Medically, Psycologically Terrorised I fear for my life as well for My family, Friends, Co-Workers, former Co-Workers any witnesses that I could identify

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [X]        NO [ ]

VIII. Are you requesting a Jury Trial?

        YES [X]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of July, 2017

*William Ray Salier*

Signature of Plaintiff[s]