Exhibit #2A

**Defendant List for: U.S. Dept. of Labor- Office of Federal Contract Compliance Program**
**Complaint Number: 100202654 – Right to Sue: Issued April 27, 2017**

Defendants: to be issued at this address : Regional Health Inc. 2925 Regional Way, Rapid City, SD 57701

1). Brent Phillips – CEO of Regional Health
2). Maureen Henson- Chief Human Resources Officer
3). Sharmila Chandran- V.P. of Compliance
4). Alyson Weidrich- Human Resouce Partner
5). Tresha Moreland
6). Lia Green
7). Paula McInerney-Hall- Associate General Counsel
8). Jason Green- Associate General Counsel
9). John Pierce- V.P. Rapid City Market – Urgent Care
10). Judith Warnke ( R.N.) Occupational Health Employee Supervisor
11). Richard Rice- Security Dept.
12). Ronald "Ron" Bunnell- Security Dept.
13). Robert " Rob" Wilso- Security Dept.

The following Defendants at this address : 915 Mt. View Rd., Rapid City, SD 57702

14). Janel Brown-(RN)
15). Tristina Weekely (RN)
16). Charlene Williams (RN)
17). Nicholas Horning (RN)
18). Wand Dolan (RN)
19). Jenny Tropple (RN)
20). Peg Doud (RN)
21). Tammy Meadors (RN)
22). Joesph "Joe" Schimdt (RN)
23). Emily Mc Dermott (RN)

The Following Defendants at this address: Woods, Fuller, Schultz, and Smith P.C. 300 South Phillips Avenue, Sioux Falls, SD 57104

24). Comet Harldson
25). Jennifer Van Anne

The Following Defendants at this address: CCMSI- 11100 Wayzata Blvd. Suite #535, Minnetonka Minnesota 55305
26). Phil Rogers  27). MaryBell  28). Jacklyn Winters

29. The Following Defendant at this address: Southdale Office Center, 6800 France Ave, South Suite #300 Edina, Minnesota 55435  ATTN: Thomas Gratzer